IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| TALIB WASI BEY, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | CIVIL ACTION NO. 5:17-CV-159 (MTT) |
| CAROLYN V. SULLIVAN, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

On April 25, 2017, Plaintiff Talib Wasi Bey filed a "Legal Notice of Removal" seeking to remove an action from the Superior Court of Houston County, Georgia. Docs. 1 at 12; 1-5. Apparently, the action involves the collection of unpaid child support obligations. Docs. 1 at 12; 1-1. In his notice of removal, Bey also asserts claims against several parties involved in the Houston County action. Doc. 1 at 12-13.

On April 25, 2017, the Clerk's Office notified Bey:

> You must either pay the filing fee or submit a properly completed Motion to Proceed In Forma Pauperis within 21 days from the date of this notice - Failure to comply with this notice may result in dismissal by the court - An Application to Proceed Without Prepayment of Fees and Affidavit are enclosed.

Bey asserts that he has a constitutional right to file this action without paying the filing fee and without complying with the statutory procedure for proceeding in forma pauperis. Doc. 3 at 1-2. He is wrong. Bey refuses to either pay the filing fee required under 28 U.S.C. § 1914(a) or proceed in forma pauperis under 28 U.S.C. § 1915 by filing a motion and supporting affidavit; Bey's action is accordingly **DISMISSED**.

**SO ORDERED,** this 22nd day of May, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT