IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TALIB WASI BEY, | * |
| Plaintiff, | * |
| v. | Case No.   5:17-CV-159-MTT |
| | * |
| CAROLYN V. SULLIVAN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 22, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of May, 2017.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk